UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** April 11, 2025        **Time:** 15 minutes        **Judge:** TRINA L. THOMPSON

**Case No.**: 23-cr-00345-TLT-2        **Case Name:** UNITED STATES v. Frederick Carl Gaestel

**Attorney for Plaintiff: Daniel Pastor**
**Attorney for Defendant: Albert Boro**
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Robert McNamee        **Reported by:** Ana Dub
**Interpreter:** N/A                    **Probation Officer:** Denise Mancia

## PROCEEDINGS

Sentencing - Held

## RESULT OF HEARING

Defendant is committed to the Bureau of Prisons for a term of 48 months followed by 3 years of supervised release for Count 1 of the Indictment.

Count 3 of the Indictment is dismissed by motion of the Government.

A special assessment fee of $100.00 is imposed. Fine waived.
See Judgment for special conditions.

The following property seized is forfeited:

1. Cash in the amount of $16,137.00.
2. Cash in the amount of $3,800.00.

The Court recommends that the defendant participate in the Bureau of Prisons Residential Drug Abuse Treatment Program.

Defendant shall self-surrender to the designated facility, or to the U.S. Marshals if no designation is made on or before 6/10/2025.