UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** March 6, 2026        **Time:** 18 minutes        **Judge:** TRINA L. THOMPSON

**Case No.:** 23-cr-00345-TLT-4        **Case Name:** UNITED STATES v. Rory Spencer Rickey

**Attorney for Plaintiff: Daniel Pastor**
**Attorney for Defendant: Mattew Dirkes**
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Robert McNamee            **Reported by:** Ana Dub
**Interpreter:** N/A                        **Probation Officer:** Denise Mancia

**PROCEEDINGS**

Sentencing - Held

**RESULT OF HEARING**

Defendant is committed to the Bureau of Prisons for a term of time served followed by 3 years of supervised release for Count 4 of the Indictment.

Count 1 of the Indictment is dismissed by motion of the Government.

A special assessment fee of $100.00 is imposed. Fine waived.
See Judgment for special conditions.